DAVID HUBBERT
Acting Assistant Attorney General

TY HALASZ
MATTHEW P. UHALDE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 307-6484 (Halasz)
Tel. (202) 353-0013 (Uhalde)
Fax. (202) 307-0054
Ty.Halasz@usdoj.gov
Matthew.P.Uhalde@usdoj.gov

Bryan Wilson
Acting United States Attorney
*Of counsel*

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT MERRY, | ) |
|     Plaintiff, | ) Case No. 3:21-cv-00064 |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

The IRS has voluntarily withdrawn the summons at issue here. Accordingly, Plaintiff Robert Merry and Defendant United States of America hereby stipulate to dismiss this case with

Stipulation of Dismissal     1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-0013

Case 3:21-cv-00064-JMK    Document 7    Filed 06/01/21    Page 1 of 3

prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to bear their own costs and expenses, including attorneys' fees.

Dated: June 1, 2021

        DAVID HUBBERT
        Acting Assistant Attorney General

        */s/ Matthew P. Uhalde*
        TY HALASZ
        MATTHEW P. UHALDE
        Trial Attorneys, Tax Division
        U.S. Department of Justice

        Bryan Wilson
        Acting United States Attorney
        *Of counsel*

        *Attorneys for the United States of America*

        */s/ Christina L. Lee*
        Christina L. Lee
        Alaska Bar No. 0805030

        *Attorney for Plaintiff Robert Merry*

**Stipulation of Dismissal**     2     **U.S. DEPARTMENT OF JUSTICE**
**Tax Division, Western Region**
**P.O. Box 683**
**Washington, D.C. 20044**
**Telephone: 202-353-0013**

Case 3:21-cv-00064-JMK   Document 7   Filed 06/01/21   Page 2 of 3

## Certificate of Service

I hereby certify that on June 1, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

                                          */s/ Matthew P. Uhalde*
                                          MATTHEW P. UHALDE
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice

Stipulation of Dismissal      3      **U.S. DEPARTMENT OF JUSTICE**
**Tax Division, Western Region**
**P.O. Box 683**
**Washington, D.C. 20044**
**Telephone: 202-353-0013**

Case 3:21-cv-00064-JMK   Document 7   Filed 06/01/21   Page 3 of 3